IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:24-CR-03010-JFB-JMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE |
| | ) | (DEFENDANT'S WAIVER |
| ROBERTO DURAN, | ) | OF DETENTION HEARING) |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant ROBERTO DURAN, by and through his attorney, Peder Bartling, Bartling Law Offices, P.C., L.L.O., and hereby provides the following notice/submits the following waiver:

1.     On January 26, 2024, Defendant and Defendant's counsel shared direct communication during which:

a) Defendant and Defendant's counsel discussed Defendant's right to have a detention hearing on January 29, 2024, regarding the above-captioned matter, at which time the Court would determine whether Defendant would remain in custody temporarily due to the allegations that the Government set forth in Counts I and III of the "Indictment," dated January 17, 2024. [Doc. #1]

b) Defendant's counsel answered each of Defendant's questions regarding a detention hearing, including that Defendant's decision to waive a detention hearing will result in the Court not holding the hearing and, further, that Defendant will remain in custody pending further proceedings in the matter, pursuant to the Court's "Text Minute Entry," dated January 24, 2024. [Doc. #37]

c) Knowing his right to have a detention hearing on January 29, 2024, Defendant informed Defendant's counsel that he wished to waive his right to have a detention hearing on January 29, 2024; and, further, Defendant authorized Defendant's counsel to notify the Court, the United States Attorney's Office, and the United States Probation Office of Defendant's decision to waive a detention hearing.

2. Presently, the United States Marshals Service is detaining Defendant at Dawson County Jail (709 North Grant Street, Lexington, Nebraska 68850).

3. As a result of filing the instant Notice, Defendant is requesting that the Court cancel the detention hearing that it scheduled concerning the matter for January 29, 2024, at 12:00 p.m.

DATED this 29th day of January, 2024.

ROBERTO DURAN, Defendant

By: /s/ Peder Bartling
Peder Bartling, #20945
Bartling Law Offices, P.C., L.L.O.
209 South 19th Street, Suite 500
Omaha, Nebraska 68102
(402) 342-4191
E-mail: peder@bartlinglaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2024, Bartling Law Offices, P.C., L.L.O., filed the foregoing "Notice (Defendant's Waiver Of Detention Hearing)" electronically with the Clerk of the District Court for the District of Nebraska using the CM/ECF system which sent notice of said filing to the following: United States Attorney, Lincoln, Nebraska.

/s/ Peder Bartling
Peder Bartling, #20945
Bartling Law Offices, P.C., L.L.O.