IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:24CR3010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO WITHDRAW |
| | ) | |
| SHANE ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Joel G. Lonowski, the Court appointed counsel for Defendant, Shane Ross, and moves this Court for an Order allowing said attorneys to withdraw as counsel for the Defendant, Shane Ross, herein for the reason that there is a failure to communicate between the Defendant and counsel and there is a failure between Defendant and counsel on how Defendant's case should be handled going forward.

BY:   MORROW, POPPE,
       WATERMEIER & LONOWSKI, P.C.
       A Limited Liability Organization
       201 North 8th Street, Suite 300
       P.O. Box 83439
       Lincoln, Nebraska 68501-3439
       (402) 474-1731


By:    /s/Joel G. Lonowski
       Joel G. Lonowski    #19078

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading was served on the parties at the address or email set forth on the 7th day of June, 2024:

| | |
|---|---|
| Danielle Fliam<br>Assistant US attorney<br>Via email | U.S. Probation/Pretrial Services Officer<br>Via email |
| Shane Ross<br>c/o Saline County Jail<br>P.O. Box 911<br>Wilber, NE 68465 | |

By:   [X] U.S. mail, postage prepaid     [ ] Facsimile Transmission
      [ ] Hand delivery                  [ ] Overnight courier
      [ ] Electronic mail             [X] JUSTICE e-service

                              /s/Joel G. Lonowski
                              One of Said Attorneys